UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

  *vs.*               Case No. 20-CR-240

TYWAN DAVIS,

    *Defendant.*

---

## JOINT STATUS REPORT

Tywan Davis, with the United States, submits the following status report.

As of this writing this matter remains unresolved. Before scheduling a trial, the defense respectfully requests another status report deadline in approximately 45 days to work with Davis in preparation of his defense, including, but not limited to, retaining an expert to analyze DNA evidence involved in this case. For these reasons, Davis moves the Court to schedule a status report deadline in approximately 45 days to address further scheduling. The government, by Assistant United States Attorney Benjamin Proctor, does not oppose this request.

Dated at Milwaukee, Wisconsin, this 5th day of April, 2021.

Respectfully submitted,

*/s/ Ronnie V. Murray*
Ronnie V. Murray, WI Bar #1089136
Federal Defender Services
   of Wisconsin, Inc.
517 E. Wisconsin Avenue – Room 182
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: ronnie_murray@fd.org

*Counsel for Defendant, Tywan Davis*