UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs.*　　　　　　　　　　　　　　　　　　　　Case No. 20-CR-240

TYWAN DAVIS,

    *Defendant*.

## JOINT STATUS REPORT

Tywan Davis, by counsel, with the United States, submits the following status report.

At this time the defense requests another status report deadline approximately 45 days from this date. This request is made to accommodate the review and analysis of additional discovery provided by the government related to DNA evidence involved in this case, and the time requested is necessary for Davis and counsel to continue preparation of his defense. Accordingly, Davis moves the Court to schedule a status report deadline in approximately 45 days to address further scheduling, and to make a speedy trial finding excluding the time requested. The government, by Assistant United States Attorney Benjamin Proctor, does not oppose this request.

Dated at Milwaukee, Wisconsin, this 21st day of May, 2021.

                                     Respectfully submitted,

                                     */s/ Ronnie V. Murray*
                                     Ronnie V. Murray, WI Bar #1089136
                                     Federal Defender Services
                                          of Wisconsin, Inc.
                                     517 E. Wisconsin Avenue – Room 182
                                     Milwaukee, WI 53202
                                     Tel. (414) 221-9900
                                     Email: ronnie_murray@fd.org

                                     *Counsel for Defendant, Tywan Davis*