UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    vs.                                                      Case No. 20-CR-240

TYWAN DAVIS,

    *Defendant.*

## JOINT STATUS REPORT

Tywan Davis, by counsel, with the United States, by Assistant United States Attorney Benjamin Proctor, submits the following status report:

This matter does not appear likely to resolve. The parties therefore request that the Court set a scheduling conference in approximately 30 days to address picking trial and final pretrial dates. The parties likewise ask the Court to make a speedy trial finding.

Dated at Milwaukee, Wisconsin, this 9th day of July, 2021.

                                                    Respectfully submitted,

*/s/ Ronnie V. Murray*
Ronnie V. Murray, WI Bar #1089136
Federal Defender Services
   of Wisconsin, Inc.
517 E. Wisconsin Avenue – Room 182
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: ronnie_murray@fd.org

*Counsel for Defendant, Tywan Davis*