UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs.*                                                  Case No. 20-CR-240 (PP)

TYWAN DAVIS,

    *Defendant*.

## MOTION TO ADJOURN TRIAL

Tywan Davis, by counsel, moves this Court to adjourn his trial, currently scheduled for December 13, 2021. As grounds, Mr. Davis submits that he now intends to retain private counsel for this case, and that additional time will be necessary for new counsel to review the case before proceeding to trial. Given this development, Davis respectfully asks the Court to remove his trial date from the calendar. Should the Court consider granting this request, Davis further proposes that the Court set a status conference, either at the time of the final pretrial conference or some other date compatible with the Court's calendar, to address further scheduling.

Dated at Milwaukee, Wisconsin, this 10th day of November, 2021.

Respectfully submitted,

*/s/ Ronnie V. Murray*
Ronnie V. Murray, WI Bar #1089136
Federal Defender Services
   of Wisconsin, Inc.
517 E. Wisconsin Avenue – Room 182
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: ronnie_murray@fd.org

*Counsel for Defendant, Tywan Davis*