UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                        Case No. 20-CR-240

TYWAN DAVIS,

      Defendant.

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO ADJOURN TRIAL

The United States of America, by and through its attorneys, Richard G. Frohling, Acting U.S. Attorney, and Benjamin Proctor and Katherine Halopka-Ivery, Assistant U.S. Attorneys, hereby provides the government's position on defendant Tywan Davis's motion to adjourn trial pending the appearance of a newly retained defense attorney. Doc. #27.

The government will be ready for trial on December 13, 2021, as currently scheduled. The government respectfully requests that, in light of imminent trial-related deadlines (including motions in limine due Monday 11/15/21), the Court set this matter for a hearing and/or rule on the defendant's motion on Friday, November 12, 2021, or as soon as the Court's calendar permits.

Dated at Milwaukee, Wisconsin, this 10th day of November, 2021.

                    Respectfully submitted,

                    RICHARD G. FROHLING
                    Acting United States Attorney

By:   *s/Benjamin Proctor*
                    BENJAMIN W. PROCTOR
                    KATHERINE HALOPKA-IVERY
                    Assistant United States Attorneys
                    Benjamin Proctor Bar No.: 1051904
                    Office of the United States Attorney
                    Eastern District of Wisconsin
                    517 E. Wisconsin Ave. Suite 530
                    Milwaukee, Wisconsin 53202
                    Tel: (414) 297-1700
                    Fax: (414) 297-1738
                    Email: benjamin.proctor@usdoj.gov